THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| DANIEL JOHN STUTZ,<br><br>               Plaintiff,<br><br>v.<br><br>MARVIN D. BAGLEY et al.,<br><br>               Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:25-CV-143-AMA<br><br>District Judge Ann Marie McIff Allen |

On June 24, 2026, the Court ordered Plaintiff to within thirty days show cause why the Complaint should not be dismissed for failure to state a claim upon which relief may be granted, Dkt. Nos. 1, 14. The Court set forth an analysis explaining the claims' invalidity. Dkt. No. 14. Plaintiff responds, "The Plaintiff is hereby agreeable to the Court's decision. . . . Let the action . . . be dismissed." Dkt. No. 15. The analysis in the Order to Show Cause therefore stands unchallenged. Dkt. No. 14.

Based on that analysis, IT IS ORDERED that this action is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

DATED this 16th day of July 2026.

BY THE COURT:

JUDGE ANN MARIE MCIFF ALLEN
United States District Court